# Court of Appeals, State of Michigan

## ORDER

People of MI v Jason Donald Johnson

Docket No.    326504

LC No.    14-007022-FH

Cynthia Diane Stephens
Presiding Judge

Deborah A. Servitto

Elizabeth L. Gleicher
Judges

Consistent with the opinion, we order the circuit court to VACATE defendant's convictions and sentences. We further direct the circuit court to issue an order to the Michigan State Police and the Michigan Department of Corrections to expunge defendant's record of conviction in relation to this matter.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JUL 28 2016

Date

Chief Clerk